The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID R. MYRLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | NO.  C15-100-RSM<br>       (2:11-CR-00057-RSM)<br><br>NOTICE OF APPEARANCE |

**YOU AND EACH OF YOU ARE HEREBY NOTIFIED** that Mitch Harrison hereby appears in the above-entitled cause as the attorney for the plaintiff.  The undersigned counsel respectfully requests that all further papers, correspondence, court documents, and pleadings herein, except original process, be sent to the undersigned attorney at the address below:

NOTICE OF APPEARANCE - 1

Mitch Harrison
Attorney at Law
101 Warren Avenue North
Seattle, Washington 98109
Tel (253) 335-2965 ♦ Fax (888) 598-1715

Mitch Harrison,
Counsel for Plaintiff
WSBA# 43040
Harrison Law Firm, LLC
101 Warren Ave N,
Seattle, WA 98109
Ph: (253) 335-2965
Email: Mitch@MitchHarrisonLaw.com
Counsel for the Plaintiff

DATED this 20th day of March, 2015.

Respectfully submitted,

Mitch Harrison, ESQ.,
WSBA# 43040
Harrison Law Firm, LLC
101 Warren Ave N,
Seattle, WA 98109
Ph: (253) 335-2965
Email: Mitch@MitchHarrisonLaw.com

NOTICE OF APPEARANCE - 2

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via the United States Postal Service.

DATED this 20th day of March, 2015.

    s/Kaitlyn Jackson_____
    Kaitlyn R. Jackson
    Law Clerk
Harrison Law
101 Warren Ave N, ste 2
Seattle, WA 98109
(206) 494-0400
Email: kaitlyn@mitchharrisonlaw.com

NOTICE OF APPEARANCE - 3

Mitch Harrison
Attorney at Law
101 Warren Avenue North
Seattle, Washington 98109
Tel (253) 335-2965 ♦ Fax (888) 598-1715